

# Fourth Court of Appeals
## San Antonio, Texas

November 15, 2019

No. 04-19-00416-CV

**VILT AND ASSOCIATES, P.C**. and Mediation Centers of America, L.L.C.,
Appellants

v.

Ho Kon **PARKER** and Richard T. Parker,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-19561
Honorable Rosie Alvarado, Judge Presiding

## O R D E R

By order dated October 14, 2019, we concluded we had jurisdiction over this appeal as a timely-filed restricted appeal and ordered appellants to file an amended brief framing their issues under the legal standards applicable to restricted appeals by November 13, 2019. On November 8, 2019, appellees filed a response which appears to question our jurisdiction or alternatively to request an extension of time to file an appellees' brief. On November 13, 2019, appellants filed their amended brief.

Appellee's brief must be filed no later than December 13, 2019. Appellees may raise any additional challenges to this court's jurisdiction in their brief.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of November, 2019.

_____
MICHAEL A. CRUZ,
Clerk of Court